UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO: 08-CV-60838-Graham/Torres

MARCIA TAYLOR,

    **Plaintiff,**

vs.

COUNTRYWIDE HOME LOANS,
INC. and WMC MORTGAGE CORP.

    **Defendants.**
_____/

## ORDER

This cause is before the Court on the Joint Stipulation of Waiver of Service and Extension of Time to Respond [Dkt. 3], filed by plaintiff and defendant Countrywide Home Loans, Inc. ("Countrywide") on July 2, 2008. The parties having agreed, and for good cause shown, it is **ORDERED**:

1. Plaintiff will provide counsel for Countrywide a copy of the complaint and any exhibits on or before July 4, 2008.

2. By receipt of the complaint and any exhibits, counsel for Countrywide accepts service of process on behalf of Countrywide, and Countrywide waives formal service.

2. Countrywide shall have up to and including August 18, 2008, to file a response to plaintiff's complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of July, 2008.

                                                    DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record